TO: William G Putnicki - CLERK OF COURT

FILED
OCT 28 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

FROM: Darren D. Vann

I writing to let the court known that I have been moved to a different Unit. My new address: Darren A Vann #1605561 McConell Unit
3001 S Emily Driv
Beeville, TX 78102

I was wonder if you could you mail all inforamtion on docket number W-10-CV-253 case.

Sincerely yours

Darren D Vann #1601567
McConnell Unit
3001 S Emily Drive
Beeville, TX 78102

William G. Putnicki
CLERK, U.S. District Court
Western District of Texas
United State Courthouse
800 Franklin Avenue, Room 380
Waco, TX 76701
76701+1934

