RECEIVED
NOV 17 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Y_____ DEPUTY CLERK

FILED
NOV 17 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

DARREN D. VANN §
TDCJ #1601567 §
Plaintiff, §
§
§ Civil No. W-10-CA-253
§
V. §
§
BRAD LIVINGSTON §
Executive Director, TDCJ, et. al., §
Defendants §

## CHANGE OF ADDRESS &Fines

The Plaintiff, DARREN D. VANN: Comes before the court to let them and the Defendants know of my new address at: McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

And, Also come before the court, I ask the court to fine the Defendants, 75 Million for Malice and Malicious act and 25 Million for Slander against my name. To be payed to the Plaintiff, DARREN D VANN.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

DARREN D. VANN §
TDCJ #1601567 §
Plaintiff, §
§
§ Civil NO. W-10-CA-253
§
V. §
§
BRAD LIVINGSTON §
Executive Director, TDCJ, et al., §
Defendants §

## CHANGE OF ADDRESS & Fines

The Plaintiff, DARREN D Vann, Comes before the court to let them and the Defendants know of my new address at: McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

And, Also come before the court, I ask the court to fine the Defendants, 75 Million for Malice and Malicious act and 25 Million for Slander against my name. To be payed to the Plaintiff, DARREN D VANN

Darren Vann #1601567
McConnell Unit
3001 S Emily Drive
Beeville, TX 78102
11-10-10

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
800 FRANKLIN AVENUE, ROOM 308
WACO, TEXAS 76701

