AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     TEXAS

DARREN D. VANN
Plaintiff

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:    W-10-CV-253

BRAD LIVINGSTON
Defendant

**Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    that the Plaintiff's action is hereby DISMISSED WITHOUT PREJUDICE. It is further

    ORDERED that any pending motions are hereby DENIED.

September 28, 2012            William G. Putnicki
Date                                                             Clerk

(By) Deputy Clerk